UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZARKO SVATOVIC                                          :

                                                    :   ORDER DIRECTING ISSUANCE
                                                             OF SUMMONS
           Plaintiff,                    :

                                                             25 Civ. 7005 (JHR) (GWG)
   -v.-                              :

DEBRA JAMES                                             :

                                                        :
           Defendant.
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The Clerk's Office is directed to issue a summons as to each defendant in this matter.   Plaintiff is reminded that plaintiff is under the obligation to properly and timely serve the summons and complaint.   See Rule 4 of the Federal Rules of Civil Procedure.

      SO ORDERED.

Dated:   September 8, 2025
         New York, New York

                                                                                             _____
                                                                                               GABRIEL W. GORENSTEIN
                                                                                           United States Magistrate Judge