UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                     :

ZARKO SVATOVIC

                                                     :          ORDER

                Plaintiff,

                                                 :          25 Civ. 7005 (JHR) (GWG)

     -v.-                                             :

                                                 :

DEBRA JAMES

                                                 :

                Defendant.         :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      While defendants have failed to comply with paragraph 2.A of the Court's Individual Practices by filing a motion to dismiss, the Court will waive its pre-motion conference requirement. Plaintiff shall file any opposition to the motion to dismiss on or before December 10, 2025. Defendant may file a reply on or before December 24, 2025.

      SO ORDERED.

Dated: November 19, 2025
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge